# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| HIKVISION USA, INC.,<br><br>*Petitioner*,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION and the UNITED STATES,<br><br>*Respondents*. | Case No. 23-1032 (consolidated with 23-1073) |

## DAHUA TECHNOLOGY USA INC.'S STATEMENT OF THE ISSUES

Petitioner Dahua Technology USA Inc. ("Dahua") submits this nonbinding, preliminary statement of the issues to be raised in this case:

1. Whether the Federal Communications Commission exceeded its authority under Title III of the Communications Act of 1934, as amended, with respect to regulation of interference potential of devices capable of emitting radio frequency energy.

2. Whether the Federal Communications Commission exceeded its authority under the Secure Equipment Act by regulating equipment not used in the provision of advanced telecommunications capability.

3.     Whether the Federal Communications Commission exceeded its authority under the Communications Act of 1934, the Secure Networks Act, and the Secure Equipment Act by defining the term "critical infrastructure."

4.     Whether the Federal Communications Commission's interpretation of the term "critical infrastructure" is arbitrary and capricious, unreasonably broad, plainly erroneous, or inconsistent with law.

5.     Whether the Federal Communications Commission's Order is arbitrary, capricious, an abuse of discretion, otherwise not in accordance with the United States Constitution or law, or is unsupported by substantial evidence.

Dated: March 30, 2023                              Respectfully submitted,

*/s/ Russell M. Blau*
Andrew D. Lipman
Russell M. Blau
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave NW
Washington, DC 20004
T: (202) 373.6035
F: (202) 739.3001
russell.blau@morganlewis.com

## **PETITIONER'S STATEMENT OF THE ISSUES**

I certify that on this 30th day of March, 2023, the foregoing statement was filed via CM/ECF. Service was accomplished on all parties or their counsel of record through the CM/ECF system.

                Respectfully submitted,

                */s/ Russell M. Blau*
                Russell M. Blau